IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GBEKE AWALA,                          :
                                      :
      Plaintiff,                      :
                                      :
            v.                        :    Civ. Action No. 08-316-JJF
                                      :
UNITED STATES COURT OF APPEALS:
FOR THE 3RD CIRCUIT, et al.,       :
                                      :
      Defendants.                     :

**ORDER**

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on June 10, 2008, the Court entered an Order denying leave to proceed in forma pauperis because Plaintiff had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant Complaint does not allege an imminent threat of physical injury (D.I. 3);

WHEREAS, to date, payment has not been received from Plaintiff;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

_____July 30, 2008_____          _____
            DATE                    UNITED STATES DISTRICT JUDGE