IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Gideon M. Awala,
    Plaintiff,

v.

United States Court of Appeals
For The 3rd Circuit, et al,
    Defendants.

Civ. No. Action No. 08-316-JJF

2008 AUG 20 AM 10: 59
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE OF APPEALS

Inasmuch, as so upon you will come all the righteous blood that has been shed in this Court, from the blood of William Awala and Jacobs Awala, Nancy Kirad, Lucas Moses, Segun B. y; Abebe Peter, Adeyemi, F; Kehinde, and not having taken part in my matter and proceeding on Appeal in this Court; yet killed by Secrets and Tricks 18 U.S.C. §1001(a)(1). I am sending you on appeal, to which the order of Judge Farnan, dated July 30, 2008, is clearly erroneous, such an insurmountable barrier imposed against me under 28 U.S.C. § 1915, failed to pursue the english and Plain reading of the exception created, pursuant to an Imminent threat of physical Injury and a Concrete one, for which a reasonable factfinder would not have a reasonable doubt respecting the civil rights and the application to proceed without Prepayment of the filing fee.

Accordingly, 28 U.S.C. § 1291, is Cognitive here, a final order, appealable, this appeal should

b.c. for the trier of review, in an attempt to refute the following arbitrary Governmental and Judicial misconduct:

— Why have you undermined those various family members killed in violation of 18 U.S.C. § 1091(a), Genocide, and §§ 1958, 1959, § 1111, § 1964(a)(c) ts, RICO, having nothing to hide about those Murders, and Credible witnesses, between August 2004 — January 2008, over 35,000 persons killed and others with serious injuries. The eyewitnesses and Interviewing officers, draw attention to existence of the Conceded U.S. Agents clothes, from prosecution, isolated physical Evidence of blood spillage evidence, which fits within record. See Daubert v. Merrell Dow Pharmaceuticals, Inc. 509 U.S. 579 (1993).

— The unbridled defendants undermines "Blood" "enzymes" on Agents clothes, found in localized area, and inside the Concentration Camps, from Atlanta, Philadelphia, New York, Baltimore, Delaware, Miami and various Regions, family where compelled to "go to "Georgia," notoriously and then, strangulated and killed at cold blooded firearms, usages.

— The false Arrest, Malicious prosecution under Genocide, must overcome the clerks Immunity, prosecutorial Immunity and Judicial Immunity. See Posr v. Doherty, 944 F.2d 91, 96 (2nd Cir. 1991); Cameron v. Fogarty, 806 F.2d 380, 386-88 (2d Cir. 1986); Rodriguez v. Weprin, 116 F.3d 62, 66 (2nd Cir. 1997); Imbler v. Pachtman, 424 U.S. 409, 430 (1976); Mireles v. Waco

502 U.S. 9, 12 (1991);

Perhaps, the Chief Judge, Sue L. Robinson, District Judge, Joseph J. Farnan, and Chief Judge, Anthony J. Scirica, are advocates for the U.S. Government, that took egregiously and capriciously the lives of Awuah babes, children, mothers, relatives, fathers, companions, under Section 1091(a), in violation of Patterson v. McLean Credit Union, 491 U.S. 164, 176 (1989), a clear pattern of racial discrimination prohibited under 42 U.S.C. §§ 1981, 1982 and 1985. See also Gyadu v. Hartford Ins. Co., 197 F.3d 590, 591 (2nd Cir. 1999). Thus, of the now called "fundamental rights" binding upon the respondents and defendants through the Fifth and Fourteenth Amendments, U.S. Constitution, as it made it clear that Christ did not overlook todays Department of Justice, found so outrageous under heaven laws and U.S. Constitution.

Mathew 23:27 'You are like whitewashed tombs, which look beautiful on the outside but on the inside are full of dead men's bones and everything unclean.'

Now, considering, dead men's bones, the leading test of substantive due process, the reasonableness norm has unequivocally manifolded natural law antecedents to remedies deemed proper and necessary, customary been defined by recourse to natural law and natural right principles. On contrary, the above officials have insisted on 'Williams Signature, from the grave yard, "dead men's bones," thus, to invoke my Sons Constitutional

-3-

Protection, among other penalty, and the equal protection of Law, these officials have refused immunity, to review from the assault they have clearly committed.

Whereas, You all can reasonably infer and discern concrete, actual, personal and injury-infacts, traceable to each individual officials named, known and unknown. See Valley Forge Christian Coll v. Americans United, 454 U.S. 464, 485-87 (1982), Bivens v. Six Unknown Agents, 403 U.S. 388, 389 (1971), You had waived Your Immunity and Consented to the Genocide Program a well defined practice under Colm F. Connolly, U.S Attorney Dist of Delaware. See United States v. Mitchell, 445 U.S. 535 (1980). Consequently, when then must pauper Status be a crucial problem for the Court to protect the just and condemn the guilt. Okay, is the Court is full of greed and self-indulgence.

Christ, said, __blind__ Pharisee! First clean the Inside of the Cup and dish, and then the outside also will be clean. Therefore, by so doing the Court can fashion the appropriate Criminal liability and Civil damages against the defendants. See vs. 26. Id Matthews say.

Submitted for appeal under 28 U.S.C § 1746.

Respectfully Submitted

Dated 8/12/08,

Gbeke M. Awala
No. 82014-054
U.S.P. Canaan
P.O Box 300

-4-

Toeke N. Aouli
No. 57014-054
U.S.P. Canaan
P.O. Box 300
Waymart, PA · 18472

J.D.M.S.
X-RAY

RECEIVED
AUG 20 2008

Joseph J. Farnan Jr.
District Judge,
U.S. District Court
844 N. King Street, Lockbox 27
Wilmington, Delaware 19801-3570